IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03328-PAB-KLM

VALERIE KARLIN,

    Plaintiff,

v.

GANDER MOUNTAIN COMPANY, doing business as Gander Mountain, and
GANDER MOUNTAIN STORE #420,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify the Scheduling Order** [#27] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. The Scheduling Order is amended to extend the following deadlines:

| | |
|---|---|
| • Discovery Deadline | **January 5, 2015** |
| • Rule 702 Motions Deadline | **January 12, 2015** |
| • Dispositive Motions Deadline | **February 5, 2015** |

    Dated: November 13, 2014